# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**BRENT E. PELTON, ESQ.**  DECEMBER 6, 2018
PELTON@PELTONGRAHAM.COM

<u>VIA ECF</u>

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Utuy Tiquiam, et al. v. Kanoni, Inc., et al.*
<u>Civil Action No. 18-cv-04044 (AMD)(RLM)</u>

Dear Judge Mann:

This office represents the plaintiffs in the above-referenced action. We write, on behalf of all parties, in response to Your Honor's December 5, 2018 Order seeking information concerning opt-in plaintiff Roman Castellanos' ("Castellanos") decision to opt-out of the present action. (Dkt. No. 23).

According to Castellanos, after joining the case on July 17, 2018 (Dkt. No. 5), Castellanos began to receive pressure from his family members concerning his participation in the lawsuit. Specifically, certain family members were concerned that Castellanos' participation in the lawsuit would have a negative impact on the work environment for Castellanos' brother, Mario Castellanos, who is currently employed by Defendants. Although Castellanos did not experience any retaliation from Defendants and is unaware of any retaliation experienced by his brother Mario, due to the difficult family dynamic created by his involvement in the lawsuit, Castellanos decided to withdraw his consent to sue form and opt-out of the case. Accordingly, Defendants did not play a role in Castellanos' decision to opt-out.

We appreciate Your Honor's attention to this matter. Should you have any questions regarding this submission, please feel free to contact the undersigned.

–« ADVOCATES FOR JUSTICE »–

        Respectfully submitted,

        */s/ Brent E. Pelton*

        Brent E. Pelton, Esq. of
        PELTON GRAHAM LLC

cc:  All counsel (via ECF)