**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MATEO UTUY TIQUIRAM, et al.,

                               **Plaintiffs,**

                    **-against-**

KANONI, INC., et al.,

                               **Defendants.**
-------------------------------------------------------------x

**MEMORANDUM AND ORDER**

**18-CV-4044 (RLM)**

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      On August 12, 2019, defendants, on behalf of all parties, filed a letter Requesting Approval of Translated Notices in Connection with Settlement. See Docket Entry ("DE") #43. As an initial matter, the Court is under no obligation to review documents in a foreign language (here documents translated into the Spanish language). Nevertheless, having done so in this case, the Court notes the following discrepancies from the English language original, see DE #42, to be addressed and amended by the parties:

      (1) The original Notice of Class Settlement makes clear that this settlement resolves issues relating to, amongst others, "overtime premiums for hours worked in excess of forty (40) in a given work workweek[.]" See DE #42-2 at 1. The Spanish translation, however, simply refers to "horas extra . . . trabajadas en exceso de las cuarenta (40) en una determinada semana de trabajo," without reference to the overtime premium. See DE 43-1 at 1. The parties are directed to cure this discrepancy at page 1 and throughout their filing, see id. ¶¶ 2, 10.

      (2) The section on page 1 captioned "Participar en el Acuerdo" omits the word "días" after "antes de vencerse los treinta (30). . . ." See DE #43-1 at 1.

      (3) Paragraph 4, titled "Por qué hay un acuerdo de conciliación?," should clarify the

parties' respective positions regarding plaintiffs' likelihood of success at trial by amending the third sentence to replace "ellos" for "los Demandantes," as is correctly stated in the original.  Compare DE #42-2, ¶ 4 with DE #43-1, ¶ 4.

(4) Finally, the Spanish translation does not identify the third-party administrator, American Legal Claims Service, until the Notice of Proposed Class and Collective Action Settlement Reminder, see DE #43-3 at 2.  The parties are directed to conform references to the American Legal Claims Service with the English language original throughout, and specifically at DE #43-1 ¶¶ 8, 16, 20.

The parties are ordered to cure these issues by **August 15, 2019**.

**SO ORDERED.**

Dated:     Brooklyn, New York
           August 13, 2019

/s/     *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**